**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To: All Counsel of Record

Issued By: Hon. Robert R. Summerhays

Re: Mohamed Osman Babiker Osman v. US Dept of Homeland Security, et al
Civil Action No. 1:26-cv-3763

Date: September 25, 2026

**MINUTE ENTRY**

The Court has received and reviewed the Petitioner's Petition and Emergency Motion for Temporary Restraining Order [ECF No. 2]. Before the Court can rule on the Motion, additional information is needed. No later than close of business today, Petitioner shall file a supplemental brief attaching evidence to establish the allegation that the Petitioner is a member of the class in the class action established in the case of D.V.D. v. DHS, No. CV 25-10676-BEM, (D. Mass.); and further addressing whether and how the First Circuit ruling in that matter is binding with regard to the Petitioner herein.

No pleadings are required from the Government at this time but the Court may order a response once the supplemental brief is filed by the Petitioner.