**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**MOHAMED OSMAN BABIKER OSMAN** — **CASE NO. 1:26-CV-03763 SEC P**

**VERSUS** — **JUDGE ROBERT R. SUMMERHAYS**

**WARDEN ALEXANDRIA STAGING FACILITY ET AL** — **MAG. JUDGE KAYLA D. MCCLUSKY**

**TEMPORARY RESTRAINING ORDER**

Before the Court is Petitioner Mohamed Osman Babiker Osman's Emergency Motion for Temporary Restraining Order. The record reflects that Petitioner may be a member of the class certified in *D.V.D. v. U.S. Department of Homeland Security*, No. 1:25-cv-10676 (D. Mass.) and that his removal to a third country may be barred by the injunction issued by the District Court in that case. The First Circuit affirmed the district court's judgment in part but has not issued the mandate in the case. No. 26-1212 (1st Cir. Sept. 18, 2026). However, the Circuit Court dissolved its stay pending appeal of the District Court's injunction. As a result, it appears that the District Court's injunction against removal is effective and binding. The requirements for injunctive relief are (1) a substantial likelihood that Petitioner will prevail on the merits, (2) a substantial threat that she will suffer irreparable injury if the injunction is not granted, (3) his substantial injury outweighs the threatened harm to the party she seeks to enjoin, and (4) granting such relief will not disserve the public interest." *City of El Cenizo v. Texas*, 890 F.3d 164, 176 (5th Cir. 2018). The Court finds that these requirements have been met with respect to a temporary restraining order, based on the current record. The Court understands that Respondents have filed for a stay of the First Circuit's decision as well as the District Court's injunction. The Supreme Court has set briefing on that request for Monday, September 28, 2026. Accordingly, the court grants a temporary restraining order barring Petitioner's removal to a third country until the Supreme Court enters a stay or 14 days from the date of this order, whichever occurs earlier. Respondents are to file a response within 10 days addressing

Petitioner's argument that the injunction in *D.V.D. v. U.S. Department of Homeland Security*, No. 1:25-cv-10676 (D. Mass.) bars his removal.

IT IS ORDERED that the motion is GRANTED as follows:

1. Respondents, their officers, agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are TEMPORARILY RESTRAINED from removing Petitioner Mohamed Osman Babiker Osman, from the United States to Rwanda or to any other country not designated or identified in writing in his removal proceedings, pending further order of this Court.

2. This Order does not adjudicate the validity of Petitioner's removal order or the merits of any claim for protection. It preserves the status quo while the Court considers the matter.

3. Security under Federal Rule of Civil Procedure 65(c) is waived.

4. Respondents shall file a response no later than October 5, 2026.

5. This Order expires at the earlier of the entry of a stay by the Supreme Court or 14 days after its entry unless extended by the Court for good cause or by consent of the parties.

THUS DONE in Chambers on this 25th day of September, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE
Signed at 5:55pm CDT